UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PEREZ-GONZALEZ,<br><br>Defendant. | )<br>)   26CR21 JRT/ECW<br>)   **INDICTMENT**<br>)<br>)   8 U.S.C. § 1326(a)<br>)<br>)<br>)<br>) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien)

On or about January 2, 2026, in the State and District of Minnesota, the defendant,

**JOSE PEREZ-GONZALEZ**,

an alien, was found in the United States after having been removed therefrom on or about March 10, 2010, May 29, 2013, and April 19, 2016, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a removal order, all in violation of Title 8, United States Code, Sections 1326(a).

A TRUE BILL

SCANNED
JAN 2 1 2026
U.S. DISTRICT COURT MPLS

_____        _____
UNITED STATES ATTORNEY                                FOREPERSON